**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 26, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00638-CV

---

## IN RE FREDERICK GENE TAYLOR, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-273004**

---

## MEMORANDUM OPINION

On November 8, 2021, relator Frederick Gene Taylor filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Walter G. Armatys, presiding judge of the 328th District Court of Fort Bend County, to vacate the trial court's November 4, 2021 order on motion to strike and limit testimony and evidence.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We further order the stay issued by this Court on November 8, 2021, lifted.


PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.